1  ANTHONY L. MARTIN
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
   DANA B. KRULEWITZ
3  Nevada Bar No. 11180
4  dana.krulewitz@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV 89169
7  Telephone: 702.369.6800
8  Fax: 702.369.6888

9  *Attorneys for Defendant, Riviera Operating*
   *Corporation d/b/a Riviera Hotel & Casino*
10

11            **UNITED STATES DISTRICT COURT**

12            **FOR THE DISTRICT OF NEVADA**

13  TROY JONES, individually,              CASE NO.: 2:15-cv-01723-LDG-CWH

14              Plaintiff,
                                           **STIPULATION AND ORDER TO**
15  vs.                                    **RESCHEDULE EARLY NEUTRAL**
                                           **EVALUATION**
16  RIVIERA HOLDINGS CORPORATION , a
17  Domestic Corporation d/b/a RIVIERA      **(First Request)**
    HOTEL & CASINO,
18
              Defendant.
19

20       Defendant Riviera Operating Corporation, d/b/a Riviera Hotel & Casino (hereinafter

21  "Defendant" and/or "Riviera"),[1] and Plaintiff Troy Jones ("Jones"), by and through their respective

22  undersigned counsel, hereby agree to reschedule the Early Neutral Evaluation ("ENE"), which is

23  currently set for March 17, 2016 at 10:00 a.m. (Doc. # 11).  Tullio J. Marchionne, the Riviera's

24  Former Executive Vice President, Legal, and currently a retained Consultant to assist with certain

25  outstanding Riviera matters including those matters in litigation, is not available to attend the ENE

26  _____

27  [1] The proper Defendant, Riviera Operating Corporation d/b/a Riviera Hotel & Casino has been erroneously identified
    as Riviera Holdings Corporation d/b/a Riviera Hotel & Casino.
28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1  due to a prior commitment.   Therefore, the parties agree that in light of the foregoing, a

2  rescheduling of the ENE in this matter is appropriate.   This stipulation is not brought for the

3  purposes of delay or any other improper purpose.

4      Accordingly, the parties are respectfully requesting that the ENE be rescheduled for one of

5  the following dates: April 20, 2016; April 22, 2016, or April 25, 2016.

6  Dated this 9th day of February, 2016.      Dated this 9th day of February, 2016.

7  PAUL PADDA LAW, PLLC      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

8

9  /s/ Paul S. Padda      /s/ Dana B. Krulewitz

10  Paul S. Padda, Esq.      Anthony L. Martin, Esq.

Nevada Bar No. 10417      Dana B. Krulewitz, Esq.

11  4240 W. Flamingo Road, Suite 220      Wells Fargo Tower
Suite 1500
12  Las Vegas, NV 89103      3800 Howard Hughes Parkway
Las Vegas, NV  89169
13  *Attorneys for Plaintiff*

Attorneys for Defendant Riviera Operation
14        Corporation d/b/a Riviera Hotel & Casino

15  

16  **ORDER**

    IT IS HEREBY ORDERED that the Early Neutral Evaluation in this matter will take place
17  on _____April 20_____, 2016 at __10:00__ a.m./p.m.  A request for an exception to the
18  above attendance requirements must be filed and served upon all parties at least fourteen (14) days
19  prior to the ENE session.

20      Written evaluation statements shall be submitted directly to my chambers, Room 3005, no
21  later than __12:00__ a.m./p.m. on ____April 13,____, 2016, which is seven (7)
22  days prior to the ENE session pursuant to LR 16-6(f).

23      Dated this __9th__ day of February, 2016.

24

25  _____
UNITED STATES MAGISTRATE JUDGE
26

27

28