# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

TROY JONES,

          Plaintiffs,

vs.

RIVIERA HOLDING CORPORATION, *et al.*,

          Defendants.

2:15-cv-01723-LDG-CWH

**ORDER**

       Before the court is Defendant's Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (#16).

       IT IS HEREBY ORDERED that any opposition to Defendant's Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (#16) must be filed on or before April 11, 2016.  No reply necessary.

       DATED this 7th day of April, 2016.

                                                          _____
                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE