UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TROY JONES,<br><br>            Plaintiff,<br><br>vs.<br><br>RIVIERA HOLDINGS CORPORATIN, a Domestic Corporation d/b/a RIVERIA HOTEL & CASINO,<br><br>            Defendants. | 2:15-cv-01723-LDG-VCF<br><br>**ORDER** |

    Before the Court is Defendant's Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (#16).  The Early Neutral Evaluation session is scheduled for April 20, 2016.  Defendant Riviera Hotel's insurance carrier representative seeks to be exempt from attending the ENE because Defendant believes that an in-person attendance by the insurance carrier is not necessary.  Defendant states that the lack of presence of the claims representative will not inhibit or limit the parties' ability to negotiate or reach a potential settlement because the retention threshold on the relevant insurance policy, far exceeds the amount of Plaintiff's claims.  Riviera's Former Executive Vice President, Tullio Marchionne, will attend the ENE and has binding authority to settle the matter on behalf of Rivieria.  While Plaintiff disagrees with Defendants' analysis, he does not oppose this request.  (#18).

    Accordingly,

    IT IS HEREBY ORDERED that Defendant's Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (#16) is GRANTED.

    DATED this 12th day of April, 2016.

    _____
    CAM FERENBACH
    UNITED STATES MAGISTRATE JUDGE