ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant,*
*Riviera Operating Corporation d/b/a*
*Riviera Hotel & Casino*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TROY JONES, individually,<br><br>Plaintiff,<br><br>vs.<br><br>RIVIERA HOLDINGS CORPORATION, a Domestic Corporation d/b/a RIVIERA HOTEL & CASINO,<br><br>Defendant. | CASE NO.: 2:15-cv-01723-LDG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Troy Jones ("Plaintiff") and Defendant Riviera Operating Corporation d/b/a Riviera Hotel & Casino, ("Defendant" or "Riviera"),[1] by and through their respective undersigned counsel that the above-entitled action

///

---

[1] The proper Defendant, Riviera Operating Corporation d/b/a Riviera Hotel & Casino has been erroneously identified as Riviera Holdings Corporation d/b/a Riviera Hotel & Casino.

shall be dismissed with prejudice, each party to bear its own fees and costs.

Dated this 1st day of June 2016.                    Dated this 1st day of June 2016.

PAUL PADDA LAW, PLLC                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Paul S. Padda                                              /s/ Dana B. Salmonson
Paul S. Padda, Esq.                                         Anthony L. Martin
Nevada Bar No. 10417                                   Nevada Bar No. 8177
4240 W. Flamingo Road, Suite 220              Dana B. Salmonson
Las Vegas, NV 89103                                    Nevada Bar No. 11180
                                                                       Wells Fargo Tower
*Attorneys for Plaintiff Troy Jones*                Suite 1500
                                                                       3800 Howard Hughes Parkway
                                                                       Las Vegas, NV  89169

                                                                       *Attorneys for Defendant Riviera Operating Corporation d/b/a Riviera Hotel & Casino*

### ORDER

IT IS SO ORDERED.

DATED: 3  June 2016

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

2